IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Angelo Mozilo; David A. Sambol; Bank of America Corp.; BAC Home Loans Servicing, L.P.; NB Holdings Corporation; Residential Funding Company, LLC; Residential Accredit Loans, Inc.; GMAC Mortgage LLC; Residential Asset Mortgage Products, Inc.; Residential Funding Securities, LLC; Homecomings Financial, LLC; and Ally Bank,<br><br>Defendants. | Case No. 0:11-cv-01111 (SRN/TNL)<br><br><br><br>**DEFENDANT ANGELO MOZILO'S MOTION TO DISMISS THE COMPLAINT** |

TO:   Plaintiffs and their counsel of record.

Defendant Angelo Mozilo hereby moves this Court for an order of dismissal with prejudice under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), because this Court does not have personal jurisdiction over Mr. Mozilo and the Complaint fails to state a claim against Mr. Mozilo upon which relief can be granted. Defendant Mozilo will file and serve a Memorandum of Law and other supporting documents in accordance with the Local Rules of this Court.

Dated: May 31, 2011

**GREENE ESPEL P.L.L.P.**

<u>s/ Andrew M. Luger</u>
Andrew M. Luger, Reg. No. 189261
John W. Ursu, Reg. No. 032257X
Erin Sindberg Porter, Reg. No. 388345
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jursu@greeneespel.com
esindbergporter@greeneespel.com
(612) 373-0830

and

**IRELL & MANELLA LLP**
David Siegel
A. Matthew Ashley
Benedetto L. Balding
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199
dsiegel@irell.com
mashley@irell.com
bbalding@irell.com

*Attorneys for Defendant Angelo Mozilo*