UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al., | |
| Plaintiffs, | CASE NO. 0:11-cv-01111 (SRN-TNL) |
| vs. | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | |
| Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC, and Ally Bank, by and through counsel, certify as follows:

Homecomings Financial, LLC, Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., and Ally Bank are wholly-owned indirect subsidiaries of Ally Financial Inc. f/k/a GMAC Inc. ("Ally"). Residential Funding Securities, LLC is a wholly-owned subsidiary of Ally. Ally is not publicly held. No publicly held corporation owns more than 10% of the common stock of Ally.

Dated: June 1, 2011

Respectfully submitted,

s/Kim Ruckdaschel-Haley
Terrence J. Fleming (128983)
Kim Ruckdaschel-Haley (221831)
LINDQUIST & VENNUM PLLP
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 371-3248
Fax: (612) 371-3207
tfleming@lindquist.com
kruckdaschel-haley@lindquist.com


OF COUNSEL:

Jeffrey A. Lipps (pro hac vice)
Jennifer A.L. Battle (pro hac vice)
Angela Paul Whitfield (pro hac vice)
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Tel: (614) 365-4100
Fax: (614) 365-9145
lipps@carpenterlipps.com
battle@carpenterlipps.com
paul@carpenterlipps.com

*Attorneys for Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC and Ally Bank*