## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

THRIVENT FINANCIAL FOR
LUTHERANS, ET AL.,

        PLAINTIFFS,

V.

COUNTRYWIDE FINANCIAL
CORPORATION, ET AL.,

        DEFENDANTS.

CIVIL NO.   11-CV-1111 (SRN/TNL)

**ORDER**

---

TO:    Plaintiffs and Plaintiffs' attorneys:  Brian F. Rice and Karin E. Peterson,  Rice, Michels & Walther LLP, 10 2nd Street NE, Suite 206, Minneapolis, MN 55413;  Bruce D. Bernstein, David L. Wales, Gerald H. Silk, Jai K. Chandrasekhar, and Lauren A. McMillen, Bernstein Litowitz Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, NY 10019;

Defendant and Defendant's attorneys:  Adam S. Hakki, Brian G. Burke, and Kirsten M. Cunha, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022; Andre T. Hanson and Ronn B. Kreps, Fulbright & Jaworski LLP, 80 South 8th Street, Suite 2100, Minneapolis, MN 55402; and A. Matthew Ashley, Allison Libeu, Benedetto Balding, David Siegel, and Holly Gershow, Irell & Manella LLP, 840 Newport Center Drive, Suite 400 , Newport Beach, CA 92660; Andrew M. Luger, Erin Sindberg Porter, and John W. Ursu, Greene Espel, 200 South 6th Street, Suite 1200, Minneapolis, MN 55402-1415; Brooke D. Anthony, Courtland C. Merrill, and Vincent D. Louwagie, Anthony Ostlund Baer & Louwagie PA, 90 South 7th Street, Suite 3600, Minneapolis, MN 55402; David L. Hashmall, Felhaber Larson Fenlon & Vogt, PA, 220 South 6th Street, Suite 2200, Minneapoliss, MN 55402-4504; Jonathan Rosenberg and William J. Sushon, O'Melveny & Myers, LLP, 7 Times Square, New York, NY 10036; Angela Paul Whitfield, Jeffrey A. Lipps, and Jennifer A. L. Battle, Carpenter Lipps & Leland LLP, 280 North High Street, Suite 1300, Columbus, OH 43215; Kim Ruckdaschel-Haley and Terrence J. Fleming, Lindquist & Vennum PLLP, 80 South 8th Street, Suite 4200, Minneapolis, MN 55402.

    On **May 31, 2011,**  Countrywide Defendants filed a Motion to Dismiss (Docket No. 33 ) in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the Motion to Dismiss being denied or granted in part, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling a pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: June 1, 2011

*s/ Tony N. Leung*
Magistrate Judge Tony N. Leung
United States District Court
*Thrivent Financial v. Countrywide*
*11-CV-1111 SRN-TNL*