# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation,<br><br>                            Plaintiffs,<br><br>v.<br><br>Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Angelo Mozilo; David A. Sambol; Bank of America Corp.; BAC Home Loans Servicing, L.P.; NB Holdings Corporation; Residential Funding Company, LLC; Residential Accredit Loans, Inc.; GMAC Mortgage LLC; Residential Asset Mortgage Products, Inc.; Residential Funding Securities, LLC; Homecomings Financial, LLC; and Ally Bank,<br><br>                            Defendants. | Case No. 0:11-cv-01111 (SRN/TNL)<br><br>**PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, plaintiffs Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation, by and through their undersigned counsel, hereby state that:

1. Plaintiff Thrivent Financial for Lutherans ("Thrivent Financial") is a not-for-profit fraternal benefit society. No publicly held corporation owns 10% or more of its stock.

2. Plaintiff Thrivent Life Insurance Company is a wholly-owned subsidiary of Thrivent Financial. No publicly held corporation owns 10% or more of its stock.

3. Plaintiff Thrivent Financial for Lutherans Foundation is a private 501(c)(3) foundation funded by Thrivent Financial and its subsidiaries. No publicly held corporation owns 10% or more of its stock.

4. Plaintiffs Thrivent Balanced Fund, Thrivent Core Bond Fund, Thrivent Income Fund, and Thrivent Limited Maturity Bond Fund (the "Funds") are each a series of Thrivent Mutual Funds. Thrivent Mutual Funds is organized as a Massachusetts business trust and is registered as an open-end management investment company under the Investment Company Act of 1940. No publicly held corporation owns 10% or more of the stock of any of the Funds.

5. Plaintiffs Thrivent Balanced Portfolio, Thrivent Bond Index Portfolio, and Thrivent Limited Maturity Bond Portfolio (the "Portfolios") are each a series of Thrivent Series Fund, Inc.  Thrivent Series Fund, Inc. is a Minnesota corporation registered as an open-end management investment company under the Investment Company Act of 1940.  No publicly held corporation owns 10% or more of the stock of any of the Portfolios.

6. Plaintiff Thrivent Financial Defined Benefits Plan Trust is an individual pension account plan funded by Thrivent Financial.  No publicly held corporation owns 10% or more of its stock.

Dated: June 6, 2011

/s/ David L. Wales

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Gerald H. Silk
David L. Wales
Jai K. Chandrasekhar
Lauren A. McMillen
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
jai@blbglaw.com
lauren@blbglaw.com

Blair Nicholas
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

blairn@blbglaw.com

*Counsel for Plaintiffs*

and

**RICE, MICHELS & WALTHER, LLP**

Brian F. Rice (#14468X)
Karin E. Peterson (#185048)
206 East Bridge - Riverplace
10 Second Street, Northeast
Minneapolis, MN 55413
Tel.: (612) 676-2300
Fax: (612) 676-2319
brice@ricemichels.com
kpeterson@ricemichels.com

*Liaison Counsel for Plaintiffs*