**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS; THRIVENT LIFE INSURANCE COMPANY; THRIVENT BALANCED FUND; THRIVENT CORE BOND FUND; THRIVENT INCOME FUND; THRIVENT LIMITED MATURITY BOND FUND; THRIVENT BALANCED PORTFOLIO; THRIVENT BOND INDEX PORTFOLIO; THRIVENT LIMITED MATURITY BOND PORTFOLIO; THRIVENT FINANCIAL DEFINED BENEFITS PLAN TRUST; and THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYSIDE HOME LOANS SERVICING LP; CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; COUNTRYWIDE SECURITIES CORPORATION; COUNTRYWIDE CAPITAL MARKETS, LLC; ANGELO MOZILO; DAVID A. SAMBOL; BANK OF AMERICA CORP.; BAC HOME LOANS SERVICING, L.P.; NB HOLDINGS CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; RESIDENTIAL ACCREDIT LOANS, INC.; GMAC MORTGAGE LLC; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL FUNDING SECURITIES, LLC; HOMECOMEINGS FINANCIAL, LLC; and ALLY BANK,<br><br>        Defendants. | Case No:  11-1111 (SRN-TNL)<br><br><br><br><br><br><br><br><br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned hereby notify the Court and Counsel that Kelly and Hannah, P.A. is hereby substituted for the firm of Lindquist & Vennum PLLP as counsel for Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC, and Ally Bank.

Dated:  June 8, 2011                LINDQUIST & VENNUM PLLP

By: s/Kim Ruckdaschel-Haley
   Terrence J. Fleming (#128983)
   Kim Ruckdaschel-Haley (#221 831)
   4200 IDS Center
   80 South Eighth Street
   Minneapolis, Minnesota 55402
   (612) 371-3248
   tfleming@lindquist.com
   kruckdaschel-haley@lindquist.com

Dated:  June 8, 2011                KELLY AND HANNAH, P.A.

By: s/Sarah E. Bushnell
   Timothy D. Kelly (#54926)
   Sarah E. Bushnell (#0326859)
   3720 IDS Center
   80 South Eighth Street
   Minneapolis, Minnesota 55402
   (612) 349-6171
   tkelly@kellyhannahlaw.com
   sbushnell@kellyhannahlaw.com