## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

THRIVENT FINANCIAL FOR LUTHERANS; THRIVENT LIFE INSURANCE COMPANY; THRIVENT BALANCED FUND; THRIVENT CORE BOND FUND; THRIVENT INCOME FUND; THRIVENT LIMITED MATURITY BOND FUND; THRIVENT BALANCED PORTFOLIO; THRIVENT BOND INDEX PORTFOLIO; THRIVENT LIMITED MATURITY BOND PORTFOLIO; THRIVENT FINANCIAL DEFINED BENEFITS PLAN TRUST; and THRIVENT FINANCIAL FOR LUTHERANS FOUNDATION,

    Plaintiffs,

v.

COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYSIDE HOME LOANS SERVICING LP; CWALT, INC.; CWMBS, INC.; CWABS, INC.; CWHEQ, INC.; COUNTRYWIDE SECURITIES CORPORATION; COUNTRYWIDE CAPITAL MARKETS, LLC; ANGELO MOZILO; DAVID A. SAMBOL; BANK OF AMERICA CORP.; BAC HOME LOANS SERVICING, L.P.; NB HOLDINGS CORPORATION; RESIDENTIAL FUNDING COMPANY, LLC; RESIDENTIAL ACCREDIT LOANS, INC.; GMAC MORTGAGE LLC; RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC.; RESIDENTIAL FUNDING SECURITIES, LLC; HOMECOMEINGS FINANCIAL, LLC; and ALLY BANK,

    Defendants.

Case No:  11-1111

## Certificate of Service

I hereby certify that on June 8, 2011, I caused the following document(s):

1. Notice of Withdrawal and Substitution of Counsel

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

A Matthew Ashley     mashley@irell.com

Adam S Hakki     ahakki@shearman.com

Allison Libeu     alibeu@irell.com, lstevens@irell.com

Andre T Hanson     ahanson@fulbright.com, klapic@fulbright.com

Andrew M Luger     aluger@gr-espel.com, amertz@gr-espel.com

Angela Paul Whitfield     paul@carpenterlipps.com, lebeau@carpenterlipps.com

Benedetto Balding     bbalding@irell.com

Brian F Rice     brice@ricemichels.com, hjunkert@ricemichels.com

Brian G Burke     brian.burke@shearman.com

Brooke D Anthony     banthony@aoblaw.com, gwilkie@aoblaw.com, mrossi@aoblaw.com

Bruce D Bernstein     bruce@blbglaw.com

Courtland C Merrill     cmerrill@aoblaw.com, kbriggs@aoblaw.com, mrossi@aoblaw.com

David Siegel     dsiegel@irell.com, rgrazziani@irell.com

David L Hashmall     dhashmall@felhaber.com, ajohnson@felhaber.com

David L Wales     dwales@blbglaw.com

Erin Sindberg Porter     esindbergporter@greeneespel.com, AMertz@greeneespel.com

Gerald H Silk    jerry@blbglaw.com, larry@blbglaw.com

Holly Gershow    hgershow@irell.com

Jai K Chandrasekhar    jai@blbglaw.com

Jeffrey A Lipps    lipps@carpenterlipps.com

Jennifer A L Battle    battle@carpenterlipps.com

John W Ursu    jursu@greeneespel.com, lbulson@greeneespel.com, sholenko@greeneespel.com

Jonathan Rosenberg    jrosenberg@omm.com

Karin E Peterson    kpeterson@ricemichels.com, awalther@ricemichels.com, hjunkert@ricemichels.com

Kim Ruckdaschel-Haley    kruckdaschel-haley@lindquist.com, dquest@lindquist.com

Kirsten M Cunha    kirsten.cunha@shearman.com

Lauren A McMillen    lauren@blbglaw.com, erik.andrieux@blbglaw.com

Ronn B Kreps    rkreps@fulbright.com, klapic@fulbright.com

Terrence J Fleming    tfleming@lindquist.com, mwilkinson@lindquist.com

Vincent D Louwagie    vlouwagie@aoblaw.com, dsimon@aoblaw.com

William J Sushon    wsushon@omm.com

Dated:  June 8, 2011                              s/Wanda J. Weberg
                                                  Wanda J. Weberg