# ANTHONY OSTLUND
# BAER & LOUWAGIE P.A.

### BUSINESS LITIGATORS

Vincent D. Louwagie
vlouwagie@aoblaw.com

July 12, 2011

*VIA ECF*

The Honorable Susan Richard Nelson
Judge of U.S. District Court
774 Federal Building
316 North Robert Street
St. Paul, MN  55101

> Re:   *Thrivent Financial for Lutherans, et al. v.*
> *Countrywide Financial Corporation, et al.*
> **Court File No. 11-cv-01111 (SRN/TLN)**
> **Our File No. 3590-1**

Dear Judge Nelson:

We write on behalf of Defendant David Sambol in response to the Court's order dated June 29, 2011 directing written submissions in advance of this Thursday's 11:00 a.m. status conference. As the Court is aware, the status conference was scheduled to discuss the Countrywide Defendants' request to delay briefing on Defendants' motions to dismiss pending resolution of their Motion to Centralize Securities Actions in the Central District of California Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation pursuant to J.P.M.L. Rule 6.2(a) (the "MDL Motion").

Mr. Sambol agrees that the Court should defer briefing on the motions to dismiss pending resolution of the MDL Motion. Mr. Sambol has strong arguments in support of his motion to dismiss, including that there is no personal jurisdiction over him in the District of Minnesota. However, Mr. Sambol concurs with the Countrywide Defendants that it makes sense to conserve the parties' and Court's resources to continue briefing on the Defendants' motions to dismiss until after the MDL Motion has been decided.

Respectfully submitted,

ANTHONY OSTLUND BAER &
LOUWAGIE P.A.

By _____
Vincent D. Louwagie

VDL/ds
cc:   All Counsel of Record (via ECF)

273249.1