

ATTORNEYS & COUNSELORS

ANDREW M. LUGER
DIRECT DIAL NO. (612) 373-8348
ALUGER@GREENEESPEL.COM

July 12, 2011

*VIA ECF*

The Honorable Susan Richard Nelson
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55101

    Re:    *Thrivent Financial for Lutherans, et al v. Bank of America Corp., et al.*
              Court File No. 11-cv-01111 (SRN/TLN)

Dear Judge Nelson:

    I write on behalf of Defendant Angelo Mozilo with respect to the above-referenced matter and in response to your June 29, 2011 Order. As you are aware, the Countrywide Defendants have requested a status conference to discuss the appropriate sequencing of various motions in light of a pending Motion to Centralize Securities Actions in the Central District of California Pursuant to 28 U.S.C. § 1407 with the Judicial Panel on Multidistrict Litigation pursuant to J.P.M.L. Rule 6.2(a) (the "MDL Motion").

    Mr. Mozilo agrees that it makes sense to defer the briefing and hearing date on the motions to dismiss before this Court pending a decision on the MDL Motion. Mr. Mozilo has filed a motion to dismiss Thrivent's action against him for lack of personal jurisdiction and for failure to state a claim. Indeed, Mr. Mozilo has done no business in Minnesota, does not own property in Minnesota, does not maintain any ongoing contact with the State of Minnesota and has not otherwise subjected himself to jurisdiction here. Courts in Florida and Illinois have dismissed cases against Mr. Mozilo for lack of personal jurisdiction in actions involving the sale and marketing of Countrywide loans in those states. Deferring the briefing and hearing date on motions to dismiss in light of the MDL Motion, however, will promote efficiency and the conservation of resources.

                                    Very truly yours,

                                      s/ Andrew M. Luger

                                    Andrew M. Luger

AML/am

200 SOUTH SIXTH STREET, SUITE 1200, MINNEAPOLIS, MN 55402-1415
612-373-0830 TEL   612-373-0929 FAX   WWW.GREENEESPEL.COM

PROFESSIONAL LIMITED LIABILITY PARTNERSHIP