

# O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

SAN FRANCISCO
SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
019,368-1243

WRITER'S DIRECT DIAL
(212) 408-2409

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

July 12, 2011

**BY ECF**

The Honorable Susan Richard Nelson
United States District Court for the District of Minnesota
774 Federal Building
316 North Robert Street
Saint Paul, Minnesota 55101

Re:   *Thrivent Financial for Lutherans, et al. v. Countrywide Financial Corp., et al.* No. 11-cv-01111 (SRN) (TNL)

Dear Judge Nelson:

    We represent defendants Bank of America Corporation, NB Holdings, Inc. and BAC Home Loans Servicing LP ("BofA Defendants"). In accordance with the Court's June 29, 2011 order, we write to address scheduling issues and the Countrywide Defendants' request that the Court defer briefing on Defendants' motions to dismiss until after the Judicial Panel on Multidistrict Litigation ("JPML") decides Countrywide's Motion to Centralize Securities Actions in the Central District of California ("Centralization Motion").

    The Complaint names the BofA Defendants solely as alleged successors-in-interest to the Countrywide Defendants. The BofA Defendants have moved to dismiss the Complaint because it fails to plead adequately both (i) the primary-liability claims against the Countrywide Defendants and (ii) that the BofA Defendants are the Countrywide Defendants' successors. (*See* Dkt. No. 28.) The BofA Defendants also have filed a response in support of the Centralization Motion because approximately seven other district court actions around the country assert successor-liability claims against the BofA Defendants that are virtually identical to the claim asserted here.

    The BofA Defendants join in the Countrywide Defendants' request to defer briefing on the motions to dismiss in this action until after the JPML decides the Centralization Motion because doing so would be more efficient for both the Court and the parties. The BofA Defendants are also prepared to join Countrywide in moving to

O'MELVENY & MYERS LLP

The Honorable Susan Richard Nelson, July 12, 2011 - Page 2

sever the GMAC claims and transfer under 28 U.S.C 1404(a) the successor-liability claim against BAC along with the Countrywide claims. The BofA Defendants therefore adopt and incorporate by reference the positions set forth in Mr. Kreps' letter submitted on the Countrywide Defendants' behalf.

Respectfully submitted,

Jonathan Rosenberg
*of* O'Melveny & Myers LLP

cc (by ECF):  All counsel of record