IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation,<br><br>                          Plaintiffs,<br><br>v.<br><br>Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Angelo Mozilo; David A. Sambol; Bank of America Corp.; BAC Home Loans Servicing, L.P.; NB Holdings Corporation; Residential Funding Company, LLC; Residential Accredit Loans, Inc.; GMAC Mortgage LLC; Residential Asset Mortgage Products, Inc.; Residential Funding Securities, LLC; Homecomings Financial, LLC; and Ally Bank,<br><br>                          Defendants. | Case No. 0:11-cv-01111 (SRN/TNL)<br><br>**STIPULATION REGARDING DEFENDANTS' MOTION TO DISMISS BRIEFING SCHEDULE** |

WHEREAS the parties agreed to request that the Court reschedule the hearing on Defendants' Motions to Dismiss (Doc. Nos. 24, 26, 28, 31 & 33) from September 15, 2011 to September 30, 2011; and

WHEREAS the parties agreed to a briefing schedule for Defendants' Motions to Dismiss;

IT IS HEREBY STIPULATED and agreed between the undersigned counsel that the hearing should be moved to September 30, 2011, and the following briefing schedule be approved by this Court:

- Defendants' Memoranda of Law and any other supporting papers are due on August 2, 2011;
- Plaintiffs' Opposition Memorandum of Law and any other supporting papers are due on September 6, 2011, and
- Defendants' Reply Memoranda of Law and any other supporting papers are due on September 16, 2011.

The undersigned counsel accordingly consent to and request that the Court issue an order in the form emailed to the chambers.

Dated: July 21, 2011　　　　　　　　　　RICE, MICHELS & WALTHER, LLP

*[signature]*

Brian F. Rice (#14468X)
Karin E. Peterson (#185048)
206 East Bridge – Riverplace
10 Second Street, Northeast
Minneapolis, MN 55413
Tel.: (612) 676-2300
Fax: (612) 676-2319
brice@ricemichels.com
kpeterson@ricemichels.com
Liaison Counsel for Plaintiffs

and

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Gerald H. Silk (admitted *pro hac vice*)
David L. Wales (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
Lauren McMillen (admitted *pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
jai@blbglaw.com
lauren@blbglaw.com

Blair Nicholas (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com

*Attorneys for Plaintiffs*

*[signature]*

Ronn B. Kreps (#0151142)
Andre Hanson (#0258234)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
Tel: (612) 321-2800
Fax: (612) 321-2288
rkreps@fulbright.com
ahanson@fulbright.com

OF COUNSEL

Adam S. Hakki (admitted *pro hac vice*)
Kirsten N. Cunha (admitted *pro hac vice*)
Brian G. Burke (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179
ahakki@shearman.com
kirsten.cunha@shearman.com
brian.burke@shearman.com

*Attorneys for Defendants*
*Countrywide Financial Corporation,*
*Countrywide Securities Corporation,*
*Countrywide Capital Markets LLC,*
*Countrywide Home Loans, Inc.,*
*Countrywide Home Loans Servicing LP,*
*CWALT, Inc., CWMBS, Inc., CWABS, Inc.*
*and CWHEQ, Inc.*

*[signature]*

David L. Hashmall (#138162)
FELHABER, LARSON, FENLON &
    VOGT, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, MN 55402-4302
Tel: (612) 373-8518
Fax: (612) 338-0535
dhashmall@felhaber.com

OF COUNSEL

Bradley J. Butwin (admitted *pro hac vice*)
Jonathan Rosenberg (admitted *pro hac vice*)
William J. Sushon (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061
bbutwin@omm.com
jrosenberg@omm.com
wsushon@omm.com

*Attorneys for Defendants*
*Bank of America Corporation,*
*BAC Home Loans Servicing LP and*
*NB Holdings Corporation*

*/s/ Sarah E. Bushnell*
Timothy D. Kelly (#54926)
Sarah E. Bushnell (#0326859)
KELLY AND HANNAH, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 349-6171
Fax: (612) 349-6416
tkelly@kellyhannahlaw.com
sbushnell@kellyhannahlaw.com

OF COUNSEL

Jeffrey A. Lipps (admitted *pro hac vice*)
Jennifer A. L. Battle (admitted *pro hac vice*)
CARPENTER LIPPS & LELAND LLP
280 North High Street, Suite 1300
Columbus, OH 43215
Tel: (614) 365-4105
Fax: (614) 365-9145
lipps@carpenterlipps.com
battle@carpenterlipps.com

*Attorneys for Defendants Ally Bank, Homecomings Financial, LLC, GMAC Mortgage LLC, Residential Funding Company, LLC, Residential Accredit Loans, Inc., Residential Asset Mortgage Products, Inc. and Residential Funding Securities, LLC*

/s/ Brooke D. Anthony
Vincent D. Louwagie (#194385)
Brooke D. Anthony (#387559)
ANTHONY OSTLUND BAER &
LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
vlouwagie@aoblaw.com
cmerrill@aoblaw.com

OF COUNSEL

Michael C. Tu (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2499
mtu@orrick.com

*Attorneys for Defendant David A. Sambol*

*[signature]*

Andrew M. Luger (#189261)
John W. Ursu (#0322257X)
Erin Sindberg Porter (#388345)
GREENE ESPEL P.L.L.P.
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel: (612) 373-8348
Fax: (612) 373-0929
aluger@greeneespel.com
jursu@greeneespel.com
esindbergporter@greeneespel.com


OF COUNSEL

David Siegel (admitted *pro hac vice*)
A. Matthew Ashley (admitted *pro hac vice*)
Benedetto L. Balding (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel: (310) 277-1010
Fax: (310) 203-7199
dsiegel@irell.com
mashley@irell.com
bbalding@irell.com

*Attorneys for Defendant Angelo Mozilo*