# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thrivent Financial for Lutherans;
Thrivent Life Insurance Company;
Thrivent Balanced Fund; Thrivent Core
Bond Fund; Thrivent Income Fund;
Thrivent Limited Maturity Bond Fund;
Thrivent Balanced Portfolio; Thrivent
Bond Index Portfolio; Thrivent Limited
Maturity Bond Portfolio; Thrivent
Financial Defined Benefits Plan Trust;
and Thrivent Financial for Lutherans
Foundation,                                                          Civil No. 11-1111  SRN/TLN

          Plaintiffs,

v.                                                                              **ORDER**

Countrywide Financial Corporation;
Countrywide Home Loans, Inc.;
Countrywide Home Loans Servicing LP;
CWALT, Inc.; CWMBS, Inc.; CWABS,
Inc.; CWHEQ, Inc.; Countrywide
Securities Corporation; Countrywide
Capital Markets, LLC; Angelo Mozilo;
David A. Sambol; Bank of America
Corp.; BAC Home Loans Servicing,
L.P.; NB Holdings Corporation;
Residential Funding Company, LLC;
Residential Accredit Loans, Inc.; GMAC
Mortgage LLC; Residential Asset
Mortgage Products, Inc.; Residential
Funding Securities, LLC; Homecomings
Financial, LLC; and Ally Bank,

          Defendants,

---

Brian F. Rice and Karin E. Peterson, Rice Michels & Walther LLP, 10 2nd Street Northeast,
Suite 206, Minneapolis, MN 55413; Blair A. Nicholas, Bernstein Litowitz Berger & Grossman
LLP, 1248 High Bluff Drive, Suite 300, San Diego, CA 92130; Bruce D. Bernstein, David L.
Wales, Gerald H. Silk, Jai K. Chandrasekhar, and Lauren A. McMillen, Bernstein Litowitz

Berger & Grossmann LLP, 1285 Avenue of the Americas, 38th Floor, New York, NY 10019, counsel for Plaintiffs.

Adam S. Hakki, Brian G. Burke, and Kirsten M. Cunha, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022; Andre T. Hanson and Ronn B. Kreps, Fulbright & Jaworski, 80 South 8th Street, Suite 2100, Minneapolis, MN 55402, counsel for defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWHEQ, Inc., Countrywide Securities Corporation, and Countrywide Capital Markets, LLC.

A. Matthew Ashley,  Allison Libeu, Irell & Manells LLP, 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660; Andrew M Luger, Erin Sindberg Porter, and John W. Ursu, Greene Espel, 200 South 6th Street, Suite 1200, Minneapolis, MN 55402; Benedetto Balding, David Siegel, and Holly Gershow, Irell & Manella LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, CA 90067, counsel for defendant Angelo Mozilo.

Brooke D. Anthony, Courtland C. Merrill, and Vincent D. Louwagie, Anthony Ostlund Baer & Louwagie PA, 90 South 7th Street, Suite 3600, Minneapolis, MN 55402; Frank M. Scaduto and Michael D. Torpey, Orrick, Herrington & Sutcliffe LLP, 405 Howard Street, San Francisco, CA 94105; Michael C. Tu, Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Los Angeles, CA 90017, counsel for defendant David A. Sombol.

David L. Hashmall, Felhaber Larson Fenlon & Vogt, PA, 220 South 6th Street, Suite 2200, Minneapolis, MN 55402; Bradley J. Butwin, Jonathan Rosenberg, and William J. Sushon, O'Melveny & Myers LLP, 7 Times Square, New York, NY 10036, counsel for defendants Bank of America Corp., BAC Home Loans Servicing, L.P., and NB Holdings Corporation.

Angela Paul Whitfield, Jeffrey A. Lipps, and Jennifer A.L. Battle, Carpenter Lipps & Leland LLP, 280 North High Street, Suite 1300, Columbus, OH 43215; Sarah E. Bushnell and Timothy D. Kelly, Kelly and Hannah, PA, 80 South 8th Street, Suite 3720, Minneapolis, MN 55402; for defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC., Homecomings Financial, LLC, and Ally Bank.

---

Based upon the Stipulation [Doc. 58] of the parties, **IT IS HEREBY ORDERED THAT**:

1)   Defendants' Memoranda of Law and any other supporting papers are due on

August 2, 2011;

2)   Plaintiffs' Opposition Memorandum of Law and any other supporting papers

are due on September 6, 2011, and

3)      Defendants' Reply Memoranda of Law and any other supporting papers are

due on September 16, 2011.

Dated: July 22 , 2011                          s/ Susan Richard Nelson
                                               SUSAN RICHARD NELSON
                                               United States District Judge