## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al., | : : : | |
| Plaintiffs, | : : | CASE NO. 0:11-cv-01111-SRN-TNL |
| vs. | : : | **THE GMAC DEFENDANTS' MOTION TO SEVER CLAIMS** |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | : : : | |
| Defendants. | : | |

Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC, and Ally Bank (the "GMAC Defendants") hereby move the Court, pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, to sever Plaintiffs' claims against the GMAC Defendants from the claims against all other defendants.

This motion is based upon a memorandum of law to be filed in accordance with the Local Rules and all of the files, records, pleadings and arguments of counsel.

Dated: July 28, 2011

        Respectfully submitted,

        KELLY AND HANNAH, P.A.

        s/Timothy D. Kelly
        Timothy D. Kelly (#54926)
        Sarah E. Bushnell (#0326859)
        3720 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402
        Tel: (612) 349-6171
        Fax: (612) 349-6416
        tkelly@kellyhannahlaw.com
        sbushnell@kellyhannahlaw.com

        OF COUNSEL:

        CARPENTER LIPPS & LELAND LLP

        Jeffrey A. Lipps (pro hac vice)
        Jennifer A.L. Battle (pro hac vice)
        Angela Paul Whitfield (pro hac vice)
        280 North High Street, Suite 1300
        Columbus, OH 43215
        Tel: (614) 365-4100
        Fax: (614) 365-9145
        lipps@carpenterlipps.com
        battle@carpenterlipps.com
        paul@carpenterlipps.com

        *Attorneys for Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC and Ally Bank*