# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al., | : : : |
| Plaintiffs, | : CASE NO. 0:11-cv-01111-SRN-TNL : |
| vs. | : **THE GMAC DEFENDANTS'** : **NOTICE OF HEARING ON** |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | : **MOTION TO SEVER CLAIMS** : : |
| Defendants. | : |

**TO:** Plaintiffs and their counsel, David L. Wales, Blair A. Nicholas, Bruce D. Bernstein, Gerald H. Silk, Jai K. Chandrasekhar and Lauren A. McMillen, Bernstein, Litowitz, Berger & Grossmann, LLP, 1285 Avenue of the Americas, 38th Floor, New York, New York 10019; and Brian F. Rice and Karin E. Peterson, Rice, Michels & Walther, LLP, 10 Second Street Northeast, Suite 206, Minneapolis, Minnesota 55413;

The Countrywide Defendants and their counsel, Adam S. Hakki, Brian G. Burke and Kirsten M. Cunha, Shearman & Sterling, LLP, 599 Lexington Avenue, New York, New York 10022; and Ronn B. Kreps and Andre T. Hanson, Fulbright & Jaworski, LLP, 80 South Eighth Street, Suite 2100, Minneapolis, Minnesota 55402;

Defendant Angelo Mozilo and his counsel, Benedetto Balding, A. Matthew Ashley, Allison Libeu, David Siegel and Holly Gershow, Irell & Manella, LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067; and Andrew M. Luger, John W. Ursu and Erin Sindberg Porter, Greene Espel, PLLP, 200 South Sixth Street, Suite 1200, Minneapolis, Minnesota 55402;

Defendant David A. Sambol and his counsel Frank M. Scaduto, Michael C. Tu and Michael D. Torpey, Orrick, Herrington & Sutcliffe, LLP, 405 Howard Street, San Francisco, California 94105; and Vincent D. Louwagie, Courtland C. Merrill and Brooke D. Anthony, Anthony, Ostlund, Baer & Louwagie, PA, 90 South Seventh Street, Suite 3600, Minneapolis, Minnesota 55402; and

The Bank of America Defendants and their counsel, William J. Sushon, Bradley J. Butwin and Jonathan Rosenberg, O'Melveny & Myers, LLP, 7 Times Square, New York, New York 10036; and David L. Hashmall, Felhaber, Larson, Fenlon & Vogt, PA, 220 South Sixth Street, Suite 2200, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC, and Ally Bank (the "GMAC Defendants") will bring their motion to sever claims, pursuant to Fed. R. Civ. P. 20 and 21, on for hearing on September 30, 2011 at 9:30 a.m. before the Honorable Susan Richard Nelson, United States District Court Judge, at the United States District Court, 316 North Robert Street, 100 Federal Building, Courtroom 7B, St. Paul, Minnesota 55101.

Dated: July 28, 2011

              Respectfully submitted,

              KELLY AND HANNAH, P.A.

              s/Timothy D. Kelly
              Timothy D. Kelly (#54926)
              Sarah E. Bushnell (#0326859)
              3720 IDS Center
              80 South Eighth Street
              Minneapolis, Minnesota 55402
              Tel:  (612) 349-6171
              Fax:  (612) 349-6416
              tkelly@kellyhannahlaw.com
              sbushnell@kellyhannahlaw.com

OF COUNSEL:

CARPENTER LIPPS & LELAND LLP

Jeffrey A. Lipps (pro hac vice)
Jennifer A.L. Battle (pro hac vice)
Angela Paul Whitfield (pro hac vice)
280 North High Street, Suite 1300
Columbus, OH 43215
Tel:  (614) 365-4100
Fax:  (614) 365-9145
lipps@carpenterlipps.com
battle@carpenterlipps.com
paul@carpenterlipps.com

*Attorneys for Defendants Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC and Ally Bank*