## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, et al., | : : : | |
| Plaintiffs, | : | CASE NO.  0:11-cv-01111-SRN-TNL |
| | : | |
| vs. | : | |
| | : | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | : : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I caused:

1. The GMAC Defendants' Motion to Sever Claims; and
2. The GMAC Defendants' Notice of Hearing on Motion to Sever Claims

to be filed electronically with the Clerk of Court through ECF and that ECF will send an e-notice of the electronic filing to the following:

A Matthew Ashley      mashley@irell.com

Adam S Hakki      ahakki@shearman.com

Allison Libeu      alibeu@irell.com, lstevens@irell.com

Andre T Hanson      ahanson@fulbright.com, klapic@fulbright.com

Andrew M Luger      aluger@gr-espel.com, amertz@gr-espel.com

Angela Paul Whitfield      paul@carpenterlipps.com, lebeau@carpenterlipps.com

Benedetto Balding      bbalding@irell.com

Blair A Nicholas      blairn@blbglaw.com

Bradley J Butwin      bbutwin@omm.com

Brian F Rice      brice@ricemichels.com, hjunkert@ricemichels.com

Brian G Burke      brian.burke@shearman.com

Brooke D Anthony      banthony@aoblaw.com, gwilkie@aoblaw.com, mrossi@aoblaw.com

Bruce D Bernstein      bruce@blbglaw.com

Courtland C Merrill      cmerrill@aoblaw.com, kbriggs@aoblaw.com, mrossi@aoblaw.com

David Siegel      dsiegel@irell.com, rgrazziani@irell.com

David L Hashmall      dhashmall@felhaber.com, ajohnson@felhaber.com

David L Wales      dwales@blbglaw.com

Erin Sindberg Porter      esindbergporter@greeneespel.com, AMertz@greeneespel.com

Frank M Scaduto      fscaduto@orrick.com

Gerald H Silk      jerry@blbglaw.com, larry@blbglaw.com

Holly Gershow      hgershow@irell.com

Jai K Chandrasekhar      jai@blbglaw.com

Jeffrey A Lipps      lipps@carpenterlipps.com

Jennifer A L Battle      battle@carpenterlipps.com

John W Ursu      jursu@greeneespel.com, lbulson@greeneespel.com, sholenko@greeneespel.com

Jonathan Rosenberg      jrosenberg@omm.com, dcalhoun@omm.com

Karin E Peterson      kpeterson@ricemichels.com, awalther@ricemichels.com, hjunkert@ricemichels.com

Kirsten M Cunha      kirsten.cunha@shearman.com

Lauren A McMillen      lauren@blbglaw.com, erik.andrieux@blbglaw.com

Michael C Tu     mtu@orrick.com

Michael D Torpey     mtorpey@orrick.com

Ronn B Kreps     rkreps@fulbright.com, klapic@fulbright.com

Sarah E Bushnell     sbushnell@kellyhannahlaw.com, wweberg@kellyhannahlaw.com

Timothy D Kelly     tkelly@kellyhannahlaw.com, jzimmerman@kellyhannahlaw.com

Vincent D Louwagie     vlouwagie@aoblaw.com, dsimon@aoblaw.com

William J Sushon     wsushon@omm.com


Dated:  July 28, 2011

                                                      s/ Sarah E. Bushnell
                                                     *One of the Attorneys for Defendants*
                                                     *Residential Funding Company, LLC,*
                                                     *Residential Accredit Loans, Inc., GMAC*
                                                     *Mortgage LLC, Residential Asset*
                                                     *Mortgage Products, Inc., Residential*
                                                     *Funding Securities, LLC, Homecomings*
                                                     *Financial, LLC and Ally Bank*