IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation,<br><br>Plaintiffs,<br><br>v.<br><br>Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Angelo Mozilo; David A. Sambol; Bank of America Corp.; BAC Home Loans Servicing, L.P.; NB Holdings Corporation; Residential Funding Company, LLC; Residential Accredit Loans, Inc.; GMAC Mortgage LLC; Residential Asset Mortgage Products, Inc.; Residential Funding Securities, LLC; Homecomings Financial, LLC; and Ally Bank,<br><br>Defendants. | Case No. 0:11-cv-01111 (SRN/TNL)<br><br>**STIPULATION BETWEEN PLAINTIFFS AND THE COUNTRYWIDE DEFENDANTS, THE BANK OF AMERICA DEFENDANTS, ANGELO MOZILO AND DAVID A. SAMBOL** |

WHEREAS on August 2, 2011, the Countrywide Defendants[1] and the Bank of America Defendants[2] filed motions, and memoranda in support of those motions, to sever the claims against them from the claims against the "GMAC" Defendants[3], and to transfer the claims against them to the Central District of California pursuant to 28 U.S.C. § 1404(a) (ECF Nos. 80, 84, 85, 88);

WHEREAS all Defendants filed memoranda in support of their motions to dismiss Plaintiffs' Complaint on August 2, 2011 (ECF Nos. 64, 68, 72, 77 114);

WHEREAS on August 15, 2011, the United States Judicial Panel on Multidistrict Litigation granted the motion of Countrywide Financial Corporation and related entities pursuant to 28 U.S.C. § 1407 to centralize twelve actions and other potential related actions in the Central District of California before Judge Mariana R. Pfaelzer under the caption *In re Countrywide Financial Corp. Mortgage-Backed Securities Litigation*, MDL Docket No. 2265 (the "MDL Action");

WHEREAS on August 17, 2011, the Countrywide Defendants filed a Rule 7.1 Notice of Related Action seeking to have the claims against the Countrywide and Bank of America Defendants in this action separated from the claims against the "GMAC" Defendants and transferred to the MDL Action as a related action pursuant

---

[1] The Countrywide Defendants are Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation and Countrywide Capital Markets, LLC.

[2] The Bank of America Defendants are Bank of America Corp., BAC Home Loans Servicing, L.P. and NB Holdings Corporation.

[3] The "GMAC" Defendants are Residential Funding Company, LLC, Residential Accredit Loans, Inc., GMAC Mortgage LLC, Residential Asset Mortgage Products, Inc., Residential Funding Securities, LLC, Homecomings Financial, LLC, and Ally Bank.

to 28 U.S.C. § 1407 and Rule 7.1(a) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (*see* ECF No. 116);

WHEREAS on August 19, 2011, the MDL Panel granted the Rule 7.1 Notice of Related Action, and issued a Conditional Transfer Order transferring the claims in this action against the Countrywide and Bank of America Defendants, Angelo Mozilo ("Mozilo") and David A. Sambol ("Sambol"), and remanding the claims against the "GMAC" Defendants back to this Court (Conditional Transfer Order (CTO-2) and Simultaneous Separation and Remand of Certain Claims attached hereto as Exhibit A);

WHEREAS Plaintiffs do not object to the MDL Panel's Conditional Transfer Order transferring the claims against the Countrywide Defendants, the Bank of America Defendants, Mozilo and Sambol to the Central District of California pursuant to 28 U.S.C. § 1407 and separating and remanding the claims against the "GMAC" Defendants;

WHEREAS the Plaintiffs and the undersigned Defendants will agree to a new briefing schedule before the district court in the United States District Court for the Central District of California once the transfer is effective, and, accordingly, Plaintiffs and the undersigned Defendants agree that the current briefing schedule set forth in this Court's Order dated July 22, 2011 (ECF No. 59) should be vacated and the September 30, 2011 hearing on Defendants' Motions to Dismiss and Motions to Sever and Transfer should be removed from the Court's calendar,

IT IS HEREBY STIPULATED and agreed between the undersigned counsel that:

- The Countrywide Defendants' Motion to Sever and to Transfer (ECF No. 80), and the Bank of America Defendants' Motion to Sever and to Transfer (ECF. No. 84) are withdrawn without prejudice; and

- The briefing schedule set forth in the July 22, 2011 Order (ECF No. 59) should be vacated and the hearing scheduled for September 30, 2011 should be cancelled.

The undersigned counsel accordingly consent to and request that the Court issue an order in the form emailed to the Court's chambers.

| | |
|---|---|
| Dated: August __, 2011 | **RICE, MICHELS & WALTHER, LLP** |

_____
Brian F. Rice (#14468X)    (LAM
Karin E. Peterson (#185048)
206 East Bridge - Riverplace
10 Second Street, Northeast
Minneapolis, MN 55413
Tel.: (612) 676-2300
Fax: (612) 676-2319
brice@ricemichels.com
kpeterson@ricemichels.com
Liaison Counsel for Plaintiffs

and

**BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP**
Gerald H. Silk (admitted *pro hac vice*)
David L. Wales (admitted *pro hac vice*)
Jai Chandrasekhar (admitted *pro hac vice*)
Lauren McMillen (admitted *pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
jerry@blbglaw.com
dwales@blbglaw.com
jai@blbglaw.com
lauren@blbglaw.com

Blair Nicholas (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
blairn@blbglaw.com

*Attorneys for Plaintiffs*

*[signature: Ronn B Kreps]*    /YAM

---
Ronn B. Kreps (#0151142)
Andre Hanson (#0258234)
FULBRIGHT & JAWORSKI L.L.P.
2100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2112
Tel: (612) 321-2800
Fax: (612) 321-2288
rkreps@fulbright.com
ahanson@fulbright.com

OF COUNSEL

Adam S. Hakki (admitted *pro hac vice*)
Kirsten N. Cunha (admitted *pro hac vice*)
Brian G. Burke (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179
ahakki@shearman.com
kirsten.cunha@shearman.com
brian.burke@shearman.com

*Attorneys for Defendants*
*Countrywide Financial Corporation,*
*Countrywide Securities Corporation,*
*Countrywide Capital Markets LLC,*
*Countrywide Home Loans, Inc.,*
*Countrywide Home Loans Servicing LP,*
*CWALT, Inc., CWMBS, Inc., CWABS, Inc.*
*and CWHEQ, Inc.*

_David Hashmall_
———————————————
David L. Hashmall (#138162)   /s/ AM
FELHABER, LARSON, FENLON &
    VOGT, P.A.
220 South Sixth Street, Suite 2200
Minneapolis, MN  55402-4302
Tel:  (612) 373-8518
Fax:  (612) 338-0535
dhashmall@felhaber.com

OF COUNSEL

Bradley J. Butwin (admitted *pro hac vice*)
Jonathan Rosenberg (admitted *pro hac vice*)
William J. Sushon (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Tel:  (212) 326-2000
Fax:  (212) 326-2061
bbutwin@omm.com
jrosenberg@omm.com
wsushon@omm.com

*Attorneys for Defendants*
*Bank of America Corporation,*
*BAC Home Loans Servicing LP and*
*NB Holdings Corporation*

*[signature: Vincent D. Louwagie]* /LAM/

Vincent D. Louwagie (#194335)
Brooke D. Anthony (#387559)
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Tel: (612) 349-6969
Fax: (612) 349-6996
vlouwagie@aoblaw.com
cmerrill@aoblaw.com

OF COUNSEL

Michael C. Tu (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017
Tel:  (213) 629-2020
Fax: (213) 612-2499
mtu@orrick.com

*Attorneys for Defendant David A. Sambol*

*/s/ Andrew M. Luger*
_____
Andrew M. Luger (#189261)   / s/AML
John W. Ursu (#032257X)
Erin Sindberg Porter (#388345)
GREENE ESPEL P.L.L.P.
200 South Sixth Street, Suite 1200
Minneapolis, MN 55402
Tel:  (612) 373-8348
Fax:  (612) 373-0929
aluger@greeneespel.com
jursu@greeneespel.com
esindbergporter@greeneespel.com


OF COUNSEL

David Siegel (admitted *pro hac vice*)
A. Matthew Ashley (admitted *pro hac vice*)
Benedetto L. Balding (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Tel:  (310) 277-1010
Fax: (310) 203-7199
dsiegel@irell.com
mashley@irell.com
bbalding@irell.com

*Attorneys for Defendant Angelo Mozilo*

EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGED-BACKED SECURITIES
LITIGATION

| | |
|---|---|
| Bankers Insurance Co., et al. v. Countrywide Financial Corp., et al., M.D. Florida, C.A. No. 8:11-01630<br>Thrivent Financial for Lutherans, et al. v. Countrywide Financial Corp., et al., D. Minnesota, C.A. No. 0:11-01111 | MDL No. 2265 |

CONDITIONAL TRANSFER ORDER (CTO-2)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On August 15, 2011, the Panel transferred 4 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Mariana R Pfaelzer.

It appears that the actions on this conditional transfer order encompass claims relating to: (1) allegations that Countrywide Financial Corp. (Countrywide) misrepresented to investors in its mortgage-backed securities origination practices for, and the credit quality of, mortgage loans it originated from 2004 to 2007, which involve questions of fact that are common to the previously transferred MDL No. 2265 actions; and (2) claims against entities which do not involve such common questions of fact.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the actions on this conditional transfer order are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of August 15, 2011, and, with the consent of that court, assigned to the Honorable Mariana R. Pfaelzer.

All claims against The Bank of New York Mellon and against GMAC are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel