IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thrivent Financial for Lutherans; Thrivent Life Insurance Company; Thrivent Balanced Fund; Thrivent Core Bond Fund; Thrivent Income Fund; Thrivent Limited Maturity Bond Fund; Thrivent Balanced Portfolio; Thrivent Bond Index Portfolio; Thrivent Limited Maturity Bond Portfolio; Thrivent Financial Defined Benefits Plan Trust; and Thrivent Financial for Lutherans Foundation, <br><br>                              Plaintiffs, <br><br>v. <br><br>Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Home Loans Servicing LP; CWALT, Inc.; CWMBS, Inc.; CWABS, Inc.; CWHEQ, Inc.; Countrywide Securities Corporation; Countrywide Capital Markets, LLC; Angelo Mozilo; David A. Sambol; Bank of America Corp.; BAC Home Loans Servicing, L.P.; NB Holdings Corporation; Residential Funding Company, LLC; Residential Accredit Loans, Inc.; GMAC Mortgage LLC; Residential Asset Mortgage Products, Inc.; Residential Funding Securities, LLC; Homecomings Financial, LLC; and Ally Bank, <br><br>                              Defendants. | Case No. 0:11-cv-01111 (SRN/TNL) <br><br>**ORDER VACATING JULY 22, 2011 ORDER** |

Based upon the Stipulation between Plaintiffs and the Countrywide Defendants,[1] the Bank of America Defendants,[2] and individual Defendants Angelo Mozilo and David A. Sambol, IT IS HEREBY ORDERED:

- The Countrywide Defendants' Motion to Sever and to Transfer (ECF No. 80), and the Bank of America Defendants' Motion to Sever and to Transfer (ECF. No. 84) are hereby withdrawn without prejudice;

- The briefing schedule set forth in the July 22, 2011 Order (ECF No. 59) is vacated and the hearing scheduled for September 30, 2011 is cancelled.

Dated: August 29, 2011

s/ Susan Richard Nelson\_\_\_\_\_
SUSAN RICHARD NELSON
United States District Judge

---

[1] The Countrywide Defendants are Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP, CWALT, Inc., CWMBS, Inc., CWABS, Inc., CWHEQ, Inc., Countrywide Securities Corporation and Countrywide Capital Markets, LLC.

[2] The Bank of America Defendants are Bank of America Corp., BAC Home Loans Servicing, L.P. and NB Holdings Corporation.