**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

```
FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY
```

IN RE: COUNTRYWIDE FINANCIAL CORP.
MORTGAGED-BACKED SECURITIES
LITIGATION

| | |
|---|---|
| Bankers Insurance Co., et al. v. Countrywide Financial Corp., et al., M.D. Florida, C.A. No. 8:11-01630 | ) ) ) MDL No. 2265 |
| Thrivent Financial for Lutherans, et al. v. Countrywide Financial Corp., et al., D. Minnesota, C.A. No. 0:11-01111 — 2:11-cv-7154 MRP (MANx) | ) ) |

**CONDITIONAL TRANSFER ORDER (CTO-2)
AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS**

On August 15, 2011, the Panel transferred 4 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See __F.Supp.2d__ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Central District of California. With the consent of that court, all such actions have been assigned to the Honorable Mariana R Pfaelzer.

It appears that the actions on this conditional transfer order encompass claims relating to: (1) allegations that Countrywide Financial Corp. (Countrywide) misrepresented to investors in its mortgage-backed securities origination practices for, and the credit quality of, mortgage loans it originated from 2004 to 2007, which involve questions of fact that are common to the previously transferred MDL No. 2265 actions; and (2) claims against entities which do not involve such common questions of fact.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the actions on this conditional transfer order are transferred under 28 U.S.C. §1407 to the Central District of California for the reasons stated in the order of August 15, 2011, and, with the consent of that court, assigned to the Honorable Mariana R. Pfaelzer.

All claims against The Bank of New York Mellon and against GMAC are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

```
Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 30, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
```

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 8-30-11
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA
                    DEPUTY CLERK



1207